```
 1  Susan St. Vincent
    Acting Legal Officer
 2  NATIONAL PARK SERVICE
    Law Enforcement Office
 3  P.O. Box 517
    Yosemite, California 95389
 4  Telephone: 209-372-0241
 5
 6
 7
 8
                      UNITED STATES DISTRICT COURT
 9
                     EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES GOVERNMENT,    )    CASE: 6:11-MJ-0160-MJS
11                               )
              Plaintiff,         )
12                               )    STIPULATION TO VACATE
         vs.                     )     STATUS CONFERENCE; AND
13                               )    ORDER THEREON
    DANIEL C. ALSUP,             )
14                               )
              Defendant.         )    Court: U.S. District Court - Yosemite
15  _____ )    Judge: Honorable Michael J. Seng
                                 )
16
17       IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal

18  officer for the National Park Service, Defendant, Daniel C. Alsup, and his attorney of record,

19  Peggy Sasso, that the status conference in the above-captioned matter currently scheduled for

20  January 18, 2012 be vacated.  The parties have entered into a Deferred Prosecution Agreement.

21

22  Dated: January 17, 2012              /s/ Susan St. Vincenyt
                                         Susan St. Vincent
23                                       Acting Legal Officer for
                                         National Park Service
24

25  Dated: January 17, 2012              /s/ Peggy Sasso
                                         Peggy Sasso
26                                       Attorney for
                                         Daniel C. Alsup
27

28
```

***ORDER***

The Court, having reviewed the above request to vacate the status conference, now set for January 18, 2012, HEREBY ORDERS AS FOLLOWS:

The status conference set for January 18, 2012, is vacated.

IT IS SO ORDERED.

Dated: January 18, 2012          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE